# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEWBURY COMMON ASSOCIATES, LLC, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-12507 (LSS)<br><br>Jointly Administered |
| In re:<br><br>220 ELM STREET II, LLC,<br><br>Debtor. | Chapter 11<br><br>Joint Administration Requested<br><br>Re: Docket No. 384 |

## SUPPLEMENTAL ORDER DIRECTING JOINT ADMINISTRATION AND APPLICATION OF PREVIOUSLY ENTERED ORDERS

Upon consideration of the supplemental motion (the "**Motion**")[2] of the Debtors, for an order directing joint administration of 220 Elm Street II's chapter 11 case with the Original and Additional Debtors' chapter 11 cases and the application of previously entered orders of the Original and Additional Debtors' chapter 11 cases to 220 Elm Street's chapter 11 case, except for the Schedules Order; and jurisdiction existing for this Court to consider the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Newbury Common Associates, LLC (3783); Seaboard Realty, LLC (6291); 600 Summer Street Stamford Associates, LLC (6739); Seaboard Hotel Member Associates, LLC (8984); Seaboard Hotel LTS Member Associates, LLC (6005); Park Square West Member Associates, LLC (9223); Seaboard Residential, LLC (2990); One Atlantic Member Associates, LLC (4120); 88 Hamilton Avenue Member Associates, LLC (5539); 316 Courtland Avenue Associates, LLC (0290); 300 Main Management, Inc. (6365); 300 Main Street Member Associates, LLC (2334); PSWMA I, LLC (6291); PSWMA II, LLC (6291); Tag Forest, LLC (8974); Newbury Common Member Associates, LLC (3909); Century Plaza Investor Associates, LLC (1480); Seaboard Hotel Associates, LLC (2281); Seaboard Hotel LTS Associates, LLC (8811); Park Square West Associates, LLC (9781); Clocktower Close Associates, LLC (3154); One Atlantic Investor Associates, LLC (7075); 88 Hamilton Avenue Associates, LLC (5749); 220 Elm Street I, LLC (7540); and 300 Main Street Associates, LLC (8501). The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 1 Atlantic Street, Stamford, CT 06901.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

01:18460200.2

Motion; and the initial hearing on the Motion having been held by this Court on March 23, 2016 (the "**Initial Hearing**"); and a final hearing on the Motion having been held by this Court on April 4, 2016 (the "**Final Hearing**"); and upon the record of the Initial Hearing and the Final Hearing; and this Court having found that good and sufficient cause exists for granting the Motion; and upon consideration of the First Day Declaration and the Supplemental First Day Declaration, and the files and records in these cases; and it appearing that joint administration of 220 Elm Street II's chapter 11 case with the Original and Additional Debtors' chapter 11 cases will be in the best interests of the Debtors' estates, creditors, and other parties-in-interest and will further the economic and efficient administration of these cases; and it further appearing that notice of the Motion was adequate and proper under the circumstances of these cases and that no further notice of the Motion need be given; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that for the reasons set forth in the Motion, the chapter 11 case of 220 Elm Street II, shall be jointly administered with the Original and Additional Debtors' jointly-administered cases for procedural purposes only by this Court and shall not be a substantive consolidation of the respective cases; and it is further

ORDERED that all orders previously entered in the Original and Additional Debtors' jointly-administered chapter 11 cases apply with respect to 220 Elm Street II's chapter 11 case, except for the Schedules Order; and it is further

ORDERED that all orders related to the retention of Young Conaway Stargatt & Taylor, LLP, Anchin Block & Anchin LLP, and Beilinson Advisory Group apply with respect to 220 Elm Street II's chapter 11 case; and it is further

ORDERED that the caption of the jointly administered chapter 11 cases shall be as follows:

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| NEWBURY COMMON ASSOCIATES, LLC, et al., | ) ) ) ) | Case No. 15-12507 (LSS) |
| Debtors.[1] | ) ) ) | Jointly Administered |

FN1: The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Newbury Common Associates, LLC (3783); Seaboard Realty, LLC (6291); 600 Summer Street Stamford Associates, LLC (6739); Seaboard Hotel Member Associates, LLC (8984); Seaboard Hotel LTS Member Associates, LLC (6005); Park Square West Member Associates, LLC (9223); Seaboard Residential, LLC (2990); One Atlantic Member Associates, LLC (4120); 88 Hamilton Avenue Member Associates, LLC (5539); 316 Courtland Avenue Associates, LLC (0290); 300 Main Management, Inc. (6365); 300 Main Street Member Associates, LLC (2334); PSWMA I, LLC (6291); PSWMA II, LLC (6291); Tag Forest, LLC (8974); Newbury Common Member Associates, LLC (3909); Century Plaza Investor Associates, LLC (1480); Seaboard Hotel Associates, LLC (2281); Seaboard Hotel LTS Associates, LLC (8811); Park Square West Associates, LLC (9781); Clocktower Close Associates, LLC (3154); One Atlantic Investor Associates, LLC (7075); 88 Hamilton Avenue Associates, LLC (5749); 220 Elm Street I, LLC (7540); 300 Main Street Associates, LLC (8501); and 220 Elm Street II, LLC (7625). The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 1 Atlantic Street, Stamford, CT 06901.

and it is further

ORDERED that a docket entry shall be made in 220 Elm Street II's chapter 11 case substantially as follows:

An order has been entered in this case directing joint administration of this case with the chapter 11 bankruptcy case of Newbury Common Associates, LLC, Case No. 15 - 12507 (LSS). The docket for Newbury Common Associates, LLC, should be consulted for all matters affecting this case. All further pleadings or other papers shall be filed in the case of Newbury Common Associates, LLC, Case No. 15 - 12507 (LSS).

and it is further

01:18460200.2

ORDERED that the Debtors are authorized to file their monthly operating reports required by the U.S. Trustee Operating Guidelines as a single report on a consolidating basis; and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting substantive consolidation of the above-captioned cases; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: April 4, 2016
Wilmington, Delaware

_____
The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge

01:18460200.2